IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACQUELINE DENNY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-111-PRW |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This 42 U.S.C. § 405(g) action for judicial review of the final decision of the Commissioner of the Social Security Administration ("SSA") is before the Court on U.S. Magistrate Judge Gary M. Purcell's Report & Recommendation (Dkt. 13), entered on July 26, 2023. Plaintiff Jacqueline Denny's application for disability benefits and supplemental security income was denied initially and upon reconsideration by the SSA. Ms. Denny requested a hearing before an Administrative Law Judge ("ALJ"), who also denied her application. The Appeals Council then denied Ms. Denny's request for review.

In her complaint and brief before this Court, Ms. Denny alleges that the ALJ erroneously failed to take account of her proven mental impairments in determining her residual functional capacity to work. Upon review of these arguments and the record,

Magistrate Judge Purcell concluded that the ALJ had applied the correct legal standard, and that his findings were supported by substantial evidence.[1]

No party has objected to the Report & Recommendation (Dkt. 13) within the time limits prescribed. The Court has also reviewed the Report & Recommendation (Dkt. 13) de novo and agrees with the conclusions therein. Accordingly, the Court **ADOPTS** Magistrate Judge Purcell's Report & Recommendation (Dkt. 13) in its entirety and **AFFIRMS** the decision of the Commissioner. A judgment shall be issued following this Order.

**IT IS SO ORDERED** this 28th day of August 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See Noreja v. Comm'r, SSA*, 952 F.3d 1172, 1177–78 (10th Cir. 2020).